# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00012-CR

### Ex parte Miguel Macias

**FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-DC-19-300298, THE HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Miguel Macias has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed on Appellant's Motion

Filed: February 11, 2021

Do Not Publish